UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARON JOHNSON                                    CIVIL ACTION

VERSUS                                           NUMBER: 10-01734

JAMES M. LEBLANC, ET AL.                         SECTION: "N"(5)


ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the amended complaints (Rec. Doc. Nos. 5 and 6) filed by the plaintiff on June 29, 2010, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed without prejudice.

New Orleans, Louisiana, this 20th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE