UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARON JOHNSON | CIVIL ACTION |
| VERSUS | NO.  10-1734 |
| | SECTION "N" (5) |
| JAMES M.  LEBLANC, ET AL. | |

## ORDER AND REASONS

On the showing made, **IT IS ORDERED** that Plaintiff's "Motion for Emergency Writ of Mandamus" and "Motion for Leave to Appeal In Forma Pauperis" (Rec. Docs. 10 and 26) are **DENIED**.  The motion seeking a writ of mandamus is unintelligible.  And the related appeals recently were dismissed as frivolous and incoherent.  *See* Rec. Doc. 34.  Finally, as the Court of Appeals warned, further frivolous filings in this Court will result in sanctions, which may include dismissal, monetary sanctions and restrictions on filing.

New Orleans, Louisiana, this 15th day of August 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**